# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:  
Gail B Holmes

Case No.     16-49577-MBM  
Chapter     13  
Judge     McIvor

Debtor(s)
_____/

## STIPULATION MODIFYING CHAPTER 13 PLAN

     The above named Debtors, by and through their counsel and the Chapter 13 Trustee stipulate to the entry of an order modifying the debtor's confirmed Chapter 13 plan. A copy of the proposed Order is attached.

DATED: _____

Stipulated and approved as to form and content:

| | |
|---|---|
| /s/Tom DeCarlo | /s/ Brian Joel Small |
| David Wm. Ruskin | Brian J. Small (P46901) |
| Chapter 13 Trustee | Garik Osipyants (P69952) |
| Tom DeCarlo- Atty for Trustee | Thav Gross, P.C. |
| 1100 Travelers Tower | 30150 Telegraph Rd., Suite 444 |
| 26555 Evergreen Road | Bingham Farms, MI 48025 |
| Southfield, MI 48076-4251 | (248) 645-1700 |
| | bankruptcy@thavgross.com |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:  
Gail B Holmes

Case No.     16-49577-MBM  
Chapter     13  
Judge     McIvor

Debtor(s)
_____/

## ORDER MODIFYING CHAPTER 13 PLAN

This matter having come before the Court on the stipulation of the Debtor and the Chapter 13 Trustee, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore

IT IS HEREBY ORDERED that:

1. Debtor's plan payments are increased to $3,300.00 per month effective June 15, 2017
2. Debtor's plan payments in the amount of $17,079.74 are excused.

IT IS FURTHER ORDERED that in the event that Debtor(s) fail(s) to make any future Chapter 13 plan payments, the Trustee may submit a notice of default, served upon Debtor(s) and Debtor(s)' Counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provisions of this Order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.

IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.